

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 19, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Damien Alfalla*, 25 Cr. 468 (AS)

Dear Judge Subramanian:

The Government respectfully writes to request that the Court adjourn the control sentencing date currently set for January 12, 2026, in the above-captioned case. As the Court is aware, on October 14, 2025, Damien Alfalla, the defendant, pled guilty, pursuant to a cooperation agreement with the Government, before Your Honor to all four counts contained in Information 25 Cr. 468 (AS). Consistent with that cooperation agreement, Alfalla is expected to testify at any trial in *United States v. Wander*, No. 25 Cr. 473 (JPO). To date, Judge Oetken has yet to set a trial date. The Government therefore respectfully requests that the control date in this matter be adjourned for a period of 180 days, or until July 13, 2026. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  _____
Marguerite B. Colson
Sarah Mortazavi
Alexandra Rothman
Assistant United States Attorneys
Tel.: (212) 637-2580