**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 9, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Damien Alfalla*, 25 Cr. 468 (AS)**

Dear Judge Subramanian:

The Government respectfully writes to request that the Court adjourn the control sentencing date currently set for July 13, 2026, in the above-captioned case. As the Court is aware, on October 14, 2025, Damien Alfalla, the defendant, pled guilty, pursuant to a cooperation agreement with the Government, before Your Honor to all four counts contained in Information 25 Cr. 468 (AS). Consistent with that cooperation agreement, Alfalla is expected to testify at the trial in *United States v. Wander*, 25 Cr. 473 (JPO), which is currently scheduled for October 19, 2026. The Government therefore respectfully requests that the control date in this matter be adjourned for a period of 180 days, or until January 11, 2027. Defense counsel consents to this request.

Application GRANTED. The control date for sentencing will be moved to **January 11, 2027**, at **2:00 PM**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J
Dated: July 9, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: Alexandra Rothman
Marguerite B. Colson
Sarah Mortazavi
Alexandra Rothman
Assistant United States Attorneys
Tel.: (212) 637-2580